FRANK X. GERSTNER, Appellant, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent.

*Gerstner* v. *N. Y. C. & H. R. R. R. Co.*, 81 App. Div. 562, affirmed.
(Argued May 9, 1904; decided May 31, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 11, 1903, which reversed a judgment in favor of plain-

tiff entered upon a verdict and an order denying a motion for a new trial and granted a new trial.

*S. E. Filkins* for appellant.

*Charles A. Pooley* for respondent.

Order affirmed and judgment absolute ordered for defendant on the stipulation, with costs ; no opinion.

Concur : BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ. Absent : PARKER, Ch. J. Not voting : GRAY, J.